Hand-Delivered

FILED
CHARLOTTE, NC
DEC 11 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Response to Block & Tidal Motion to Dismiss, Wray v. Tidal Music AS et al.     Cumberland County Public Schools – Jack Britt '07

3:25-cv-875-FDW-SCR     11 December 2025

MEMORANDUM FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

SUBJECT: Wray response to Tidal and Block's Motion to Dismiss 3:25-cv-875-FDW-SCR, Wray v. Tidal Music AS et al.

1. The purpose of this memo is to provide The Honorable Frank D. Whitney a response to, Tidal Music AS and Block Inc, Motion to Dismiss 3:25-cv-875-FDW-SCR. I object to any Motion to Dismiss as the United States has systems, laws, and consequences for those who break the law. A business entity is not a right to commit crimes with no accountability. Every person who took an oath of office should be working together to solve these challenges. Please consider the evidence in this memo as a valid reason to deny any Motion to Dismiss, especially involving China.

    The color coding is used to show the originality of work presented in real time; these documents are my life.

2. Jurisdiction.
    United States District Court for the Western District of North Carolina – Charlotte Division.
    The Honorable Frank D. Whitney, Senior United States District Judge.

3. Findings.
    Square Inc is the parent company to (40) Block Inc entities.
       6.17.2009 – Square Inc DE #4699855
       Cash App & Square Trademarks.

    Block Inc is controlled by The Block Incorporated.
       8.1.2000 – The Block Incorporated DE #3268124

    The Block Incorporated controls Tidal Music AS.
       11.26.2008 – Tidal Music AS Norway #993741345
       Tidal App Logo and Name Trademarks.

    The Block Incorporated controls: Block Inc (parent: Square Inc), Block of Delaware (parent: Square Inc), Tidal, and AfterPay.
       5.2.2014 – AfterPay Australia Pty Ltd Australia #169342947
       AfterPay Trademark.

    Jack Dorsey and Shawn Carter have joint-ownership in (20) Block Inc entities.
       Alaska, CT, DC, IA, ID, IN, KY, LA, MA, MO, MT, NE, NH, NM, NV, PA, RI, TX, VT, & WA.

    The Block Incorporated entity network has (21) China linked entities.
       Follow-on analysis of <u>Block Chain Technology</u>, discovered many in China while analyzing Block Inc.

    2023 – DE Judge dismisses lawsuit over Block's 'terrible' purchase of Jay-Z's Tidal.
       Outcome would've been different, if The Honorable Chancellor Kathaleen McCormick had this analysis.

4. Relief Requested.
    The $50M of relief is requested for the original framework and work done to provide criminal actions to the U.S. government. The business entity analysis framework will help cases such as the U.S. My goal is not to own all these businesses tied to China but rather work with the government to correct criminal actions, dissolve shell companies and reallocate assets to U.S. areas of interest (public schools, low income and rural areas), and reward industry experts who worked hard with a percentage of ownership to prevent unethical practices from reoccurring behind business entity structures. Some businesses may be completely dissolved. We have time to execute before this Christmas; people have been hurting for years.

    - Combined U.S. assets of law and business will help us protect every industry and American. That's what we do.

5. Strategy.
    The strategy to hold individuals accountable working against U.S. interest with China is to remove individuals from American entity protections by taking ownership of the American company, then work with the U.S. government to identify the exact actions and impact caused by bad actors, since we will have direct access to internal company data (no raids needed, just call and set some time up, the government will always be welcome to come by).

    There is no action a business entity "name" can take to commit a crime, individuals in entities are the "action" and should always be the center of focus in investigations. I believe in holding the people who made decisions accountable, not the



business entity because the business entity itself can't and didn't execute any action – positive or negative, people execute actions, which is why I'm not concerned with criminally prosecuting the entity. I believe that's the wrong approach and hurts working Americans who didn't know of or commit the crimes.

People hide behind the entity structure of these large organizations to commit crimes and use American assets to protect them to continue personally benefiting. This Motion to Dismiss by Block and Tidal is another live example. A Motion to Dismiss should not be the lawyer or legal answer to allow criminal actions to continue once known to the government.
- Just go commit crimes behind a business structure and you will be protected by American laws and American lawyers, and not be individually charged, and make as much money as you want in any manner and commit any crime you want but if you don't have a business entity, only then we will charge you as an individual.

6. Criminal Prosecution and Pardons.
I acknowledge I'm not the federal government to criminally charge anyone in the U.S., but I did take an oath of office as a commissioned (federal) officer, I understand an oath is a lifelong commitment. My statement on a pardon and not criminally prosecuting organizations was provided as criminally prosecuting the business entity (not individuals) is not in the best interest for America and does not hold an individual accountable. With high confidence and recent Presidential pardons of January 6, 2021, crimes and George Santos, I see no need to waste additional federal resources and expose additional Americans (12-Jurors per case) only to receive a pardon from the same Trump Administration.

These pardons were in 2025; this is recent history on inauguration day 1.20.2025 as one of the 1st official duties back in office, "Granting Pardons and Commutation of Sentences for Certain offenses Relating to the Events at or Near the United States Capitol on January 6, 2021." I added the no criminal prosecution statement after I discovered Trump and the Trump Administrations involvement, it seems pointless to go that route with the current administration. I've read all pardons and understand the likelihood of a pardon is high based on 2025 pardons for life sentences, drugs, conspiracy, money laundering, securities fraud, wire fraud, defrauding the United States, extortion, violations of the FACE Act, 2nd degree murder and other crimes.

Prior to those pardons I believe and still believe all involved should be charged accordingly. I don't believe in letting people off because crimes or an organization is too large to prosecute, the no criminal prosecution suggestion was provided only under this very unique circumstance and is only a recommendation, I'm not the law or a Judge to make such criminal decisions. Everyone involved is aware of the consequences for criminal actions, which is why I provided the detailed level of analysis per company, these are serious crimes.

An American can commit major crimes against the United States with our foreign adversary (China), then become President of the United States (2016), interrupt the peaceful transfer of power (1.6.2021), continue to commit election and major fraud against the United States (2020 & 2024), become President of the United States again (2024), pardon those who committed crimes in support of blocking the peaceful transfer of power (1.6.2021), and be free of prosecution. That's not what America stands for, no person is above our laws. To be clear, I'm 100% in favor of the U.S. criminally prosecuting all members (not entities) involved should those prosecutions not receive a pardon. I'm not in favor of criminal prosecution only to receive a pardon once the case is adjudicated and people are exposed to the public.

However, I'm aware of the Supreme Court's ruling in 23-939 Trump v United States, who is the current President and is involved in the criminal network. The administrations business deals are an official act, just not in the best interest of America, immunity could be met. I'm not a Constitutional expert, referring to Article II, Section 3: "he shall take Care that the Laws be faithfully executed." I don't see an exclusion for anyone, and a President can be impeached for high crimes.

7. Decision Making.
I still must notify the federal government of known criminal actions no matter past history or who's involved, my only option was filing a civil complaint in federal court. Federal departments are controlled by the current administration and federal resources were limited during the government shutdown, and even so, I reached out to just about every federal OIG and staff members of Congress on a single email on 10.2.2025 @1856hrs with documentation explaining investigations are complete and we are compromised.

Experience from 3:25-cv-00656 led me to believe U.S. departments would take longer solving these complex issues as I still have multiple complaints open across the U.S. government, if I followed the same process of notifying each department through online complaint forms.

Just an example of a few RTX complaints I submitted to the U.S. government that are still outstanding, my last pay date from RTX was 9.13.2024 or 453-days ago and still with no resolution.

July 4th, 2024 – confirmation #17201-870-493-053, SEC.
July 6th, 2024 – confirmation #2407-0600-1524-21, CFTC.
July 8th, 2024 – confirmation #20240708-096673, DoD OIG.



August 11th, 2024 – email confirmation, Department of State.
August 11th, 2024 – confirmation #301040360 administratively closed, OSHA.
August 22nd, 2024 – confirmation #202408221611573059_hotline_webform, DoD OIG.
October 2nd, 2024 – confirmation #17278-640-023-103, SEC.
October 2nd, 2024 – online confirmation, FTC.

8. Impact.
   Tidal Music AS, a live example:
   - 3.30.2015 – Star-Studded launch featuring Beyoncé, Kanye West, Rihanna, J. Cole, Nicki Minaj, Madonna, Alicia Keys, Jack White, Arcade Fire, Daft Punk, Usher, and others.
   - 2025 – Per, Nicki Minaj on Tidal equity debt owed to her in July "We've calculated about 100-200MM so far. #JayZ call me to settle this karmic debt. It's only collecting more interest, and anyone still calling him Hov will answer to God for the blasphemy."
     - Not a good look. Nicki is an American Beauty Queen who worked hard and stayed discipline. No artist deserves this.
   - Nicki is signed to Wayne, who also signed Drake.
     - 1:25-cv-00399 – Aubrey Drake Graham v. UMG Recordings, Inc.
     - U.S. District Court for the Southern District of New York.
     - October 2025 – The Honorable Jeannette Vargas dismissed the lawsuit.
   - Combined with a Cumberland County graduate in J. Cole, on Apple Music his song "7 Minute Drill" (a Kendrick Lamar diss) from an American album "Might Delete Later" in 2024, can't even play the song on Apple Music but you can play it on another source such as YouTube.
   - The song is faded out on Apple Music, to date, with a note, "This item is not currently available in your country or region."
   - This is an American artist from Fayetteville, NC, and his work is not available in America, he was originally signed to Jay Z in 2009 (Roc Nation) before leaving Roc Nation once the contract ended.
   - In 2019 Roc Nation signed a partnership deal with the NFL.
   - Live Nation's (China) subsidiary Ticketmaster sells NFL tickets:
     - Cityline (Hong Kong) Limited (Hong Kong, 12 Aug 1993) #0442649
       - Previously/Alternatively known as Ticket Master Limited.
     - Ticket Master Four Seasons Limited (Hong Kong, 17 Jul 1998 - 18 Oct 2002) #0650028
     - Ticketmaster Entertainment China Holding Co. Limited (Hong Kong, 10 Mar 2004 - 15 Aug 2015) #0650028
   - Roc Nation is funded by Live Nation deals (China).
   - Apple blocked the work created by an American (J. Cole) in 2024 to effectively promote and benefit Apple Music's Kendrick Lamar 2025 Super Bowl halftime performance.
     - Music partnership of Roc Nation and the NFL. China linked.
     - Live Nation's subsidiary Ticketmaster sells the tickets. China linked.
     - Performance and content through Apple Music. China linked.
     - All China linked.
   - Part of a complex China network "section 9. Ongoing Challenges" linked in America and impacting real Americans.
   - The NFL is an American sport. The average NFL franchise is worth $7.65B * 32-teams = $245B

Another live and successful China fraud scheme example with Nvidia the first $5T American company (AI chips, robotics, computing, etc.) to prove the business entity analysis framework works in real time no matter the company and I don't even need to be an employee to solve these complex issues for America. When I refer to successful fraud schemes, working in China's interest, and systems failed to catch these actions in real time, those are factual statements with supporting data that comes from doing the actual analysis and having the foundational education to solve complex business problems. DBA's solve real world complex business problems. Would America or the U.S. government know of these details on Block, Tidal, or Nvidia, and others if analysis was not conducted for this memo and others alike:
   - Nvidia Hong Kong Holdings Limited (Hong Kong, 3 Mar 2003) #0835620
     - Parent Company Nvidia Corporation (Delaware (US), 24 Feb 1998) #2862596
   - Nvidia Singapore Pte Ltd (Hong Kong, org date unknown) #F0013117
     - Branch of Nvidia Singapore Pte Ltd (Singapore, 4 May 2000) #200003831M
     - Controlling Company Nvidia Corporation (Delaware (US), 24 Feb 1998) #2862596
   - Nvidia Hong Kong Development Limited (Hong Kong, 25 Feb 2005) #0953332
     - Parent Company Nvidia Corporation (Delaware (US), 24 Feb 1998) #2862596

9. Ongoing Challenges.
   An acknowledgment of a system failure is our opportunity to come together to strengthen the system to prevent these actions from reoccurring and expanding further, if we continue deflecting our known issues, we will continue to face



unknown challenges with American companies across each industry. Block and Tidal are also a part of a larger China network operating in the U.S. as American companies. Let's make America the place for international criminal networks to not commit crimes, by improving our defensive protections to protect our people, this is why it matters:

i. Apple Inc – Technology, Digital Streaming, and Retail.
   - Chas Macintosh HongKong Limited (Hong Kong, 21 Dec 1976 - 12 Feb 1991) #0050801
   - Macintosh Computer Company Limited (Hong Kong, 22 Apr 1983) #0123667
   - Apple Company Limited (Hong Kong, 28 May 1996) #0550700
   - Apple Inc Limited (Hong Kong, 24 May 2005 - 12 Oct 2007) #0972478

ii. RTX Corporation – Aerospace and Defense, Boeing and Airbus OEM. Defense Contractor & Former Employer.
   - RTX Hong Kong Limited (Hong Kong, 24 Nov 1992) #0390990
   - RTX Limited (Hong Kong, 28 Oct 2016) #2443471
   - RTX Technology Co., Limited (Hong Kong, 19 Sep 2017) #2581181
     - Raytheon and United Technologies merged in 2020 to form Raytheon Technologies, now RTX.
   - Raytheon Worldwide Company (Hong Kong, 31 Aug 1984) #F0001645
   - Raytheon Electronics Limited (Hong Kong, 29 Jun 1990 - 14 Mar 1997) #0281189
   - Raytheon Group Limited (Hong Kong, 23 Sep 2016) #2430759
   - China Raytheon Technology Limited (Hong Kong, 16 Jan 2020) #2912607

   - United Technologies and Resources Limited (Hong Kong, 1 Sep 1992 - 8 Apr 2016) #0377093
   - United Technologies (Int'l) Limited (Hong Kong, 28 Apr 1994) #0476464
   - United Technologies Global Limited (Hong Kong, 25 Jul 2011) #1642012

iii. Boeing Company – Aerospace and Defense & Air Force One OEM. Defense Contractor. RTX is an OEM of Boeing.
   - Boeing Technology International, Inc. (Hong Kong, 19 Sep 1975) #F0001574
   - Boeing Engineering Company Limited (Hong Kong, 9 Sep 1977) #0055439
   - Boeing Commercial Airplanes Limited -The- (Hong Kong, 20 Feb 2009 - 1 Jun 2012) #1308018

iv. Exiger – 3rd Party Cloud-Based Software, in possession of at least 126,682 RTX drawings.
   - Poseidon Research China Co. Limited (Hong Kong, 12 Apr 2010) #1441408 (Owned by Exiger)
   - XSB International Limited (Hong Kong, 14 Mar 2015 - 29 Dec 2017) #2211278 (Acquired by Exiger)
     - "The company's catalog spans 100 million parts and 400 million parts attributes used by the U.S. Federal Government, from camouflage clothing to weapons systems."
     - https://www.exiger.com/perspectives/exiger-acquires-widely-adopted-proprietary-parts-intelligence-company-xsb/
   - Exiger Asia, Limited (Hong Kong, 25 Jun 2015) #2255525

v. Amazon.com – Retail, E-commerce, Technology, Digital Streaming, and Advertising.
   - Amazon Development Company (Hong Kong) Limited (Hong Kong, 5 Jan 1961 - 29 Jul 1966) #0006432
   - Amazon.com Services LLC (Hong Kong, No Org Date, Branch of United States of America company) # F0016804
   - Amazon Corporation Limited (Hong Kong, 9 Feb 2009) #1305522
   - Amazon (Hong Kong) International Holding Group Co., Limited (Hong Kong, 14 Dec 2010) #154043

vi. Meta Platforms – Social Media, Advertising, and Personal Privacy.
   - Meta Company Limited (Hong Kong, 10 Aug 1982) #0115203
   - Meta Investments (China) Limited (Hong Kong, 7 Apr 2004) #0894034
   - Facebook Co., Limited (Hong Kong, 28 Jul 2011) #1645714
   - Facebook IT Limited (Hong Kong, 26 Oct 2011 - 29 Mar 2019) #1674898
   - Facebook Technology (HK) Information Limited (Hong Kong, 31 Jan 2018) #2650065

vii. Twitter Inc – Social Media, Advertising, and Personal Privacy.
   - Twitter Finance Limited (Hong Kong, 18 Apr 1980 - 29 Mar 1996) # 0081028
   - Twitter Technology Limited (Hong Kong, 28 Apr 2014 - 21 Dec 2018) #2090772
   - Twitter Hong Kong Limited (Hong Kong, 17 Oct 2014) #2156836
   - Capital X Corporation Limited (Hong Kong, 24 May 1999 - 26 Jan 2007) #0676740
   - X Corporation Limited (Hong Kong, 30 Dec 2005 - 2 Dec 2016) #1016257
   - X Corporation (Hong Kong) Limited (Hong Kong, 12 Jan 2017) #2475787

viii. LinkedIn Corporation – Social Media, Advertising, and Personal Privacy.
   - LinkedIn Limited (Hong Kong, 28 Oct 2005 - 22 Jul 2011) #1004133
   - LinkedIn Hong Kong Limited (Hong Kong, 2 Feb 2012) #1702772
   - LinkedIn Technology Holding Limited (Hong Kong, 13 May 2015) #2237101

ix. Universal Music Group – Music and Entertainment.
- Universal Music Limited (Hong Kong, 17 Mar 1970) #0019822
- Universal Music Publishing MGB Hong Kong Limited (Hong Kong, 15 Jan 1971) #0022678
- Universal Music Publishing Limited (Hong Kong, 13 Nov 1987) #0203548
- Universal Music (Hong Kong) Limited (Hong Kong, 17 Nov 1994 - 25 May 2012) #0497644

x. Live Nation – Music and Entertainment.
- Live Nation (HK) Limited (Hong Kong, 13 Jul 2005) #0982934
- Live Nation Entertainment, Inc. (Delaware (US), 2 Aug 2005) #4009151
  - Trademark to Ticketmaster, Verified Fan, and others alike.
- Ticketmaster Entertainment China Holding Co. Limited (Hong Kong, 10 Mar 2004 - 15 Aug 2015) #0888217
- Live Nation China West Limited (Hong Kong, 27 Jun 2008 - 11 Dec 2009) #1251313
- Live Nation Venues (HK) Company Limited (Hong Kong, 18 Jul 2019) #2853708
  - Controlled by Live Nation Entertainment, Inc.)
- Live Nation Connects Hong Kong Limited (Hong Kong, 11 Dec 2019) #2901216

xi. ZOM, MQMF, Lincoln Property, & Willow Bridge – Commercial Real Estate. **U.S. Housing Affordability Crisis.**
- Lincoln Property Company (HK) Limited (Hong Kong, 25 Mar 1977 - 30 Mar 1990) #0052237
- Lincoln Property Agency (HK) Limited (Hong Kong, 3 Jan 1992 - 16 Mar 2001) #0339266
- WillowBridge Investment Corporation (Asia) Limited (Hong Kong, 12 Oct 2012) #1811226
- Lincoln Property Company Limited (Hong Kong, 21 Oct 2014) #2157987
  - Case No. 1:24-cv-00710-LCB-JLW:

*Justice Department Sues Six Large Landlords for Algorithmic Pricing Scheme that Harms Millions of American Renters. The amended complaint alleges the landlords — Greystar Real Estate Partners LLC (Greystar); Blackstone's LivCor LLC (LivCor); Camden Property Trust (Camden); Cushman & Wakefield Inc and Pinnacle Property Management Services LLC (Cushman); Willow Bridge Property Company LLC (Willow Bridge) and Cortland Management LLC (Cortland) — participated in an unlawful scheme to decrease competition among landlords in apartment pricing, harming millions of American renters. Together, these landlords operate more than 1.3 million units in 43 states and the District of Columbia. 11.24.2025, a settlement was reached.

xii. Compass Inc – Residential Real Estate. **U.S. Housing Affordability Crisis.**
- Compass Group Hong Kong Limited (Hong Kong, 28 Jun 1994) #0483715
- Compass 21 Accounting Services Limited (Hong Kong, 5 Mar 1997) #0597052
- Compass Real Estate Limited (Hong Kong, 15 Nov 2000) #0737980
- Century Compass Limited (Hong Kong, 4 Oct 2002 - 14 Dec 2007) #0816502
- Compass Group International Limited (Hong Kong, 11 May 2018) #2693293

xiii. Anywhere Real Estate – Residential Real Estate. **U.S. Housing Affordability Crisis.**
- Anywhere Brand includes Realogy, Better Homes, Coldwell, Century 21, Sotheby's, Corcoran, and ERA.
- Anywhere Real Estate Operations LLC (California (US), 19 Aug 1971) #200718710176
- Anywhere Investment Limited (Hong Kong, 9 Nov 1990 - 10 Oct 2003) #0291398
- Realogy Holdings Corp. (Delaware (US), 14 Dec 2006) #4267926 (**2,610 Real Estate Subsidiaries**)
- China Anywhere International Investment Co., Limited (Hong Kong, 10 Jan 2007 - 2 Jan 2009) #1101094
- Anywhere Real Estate Inc. (New Jersey (US), 5 May 2009) #0101001029
- Anywhere Real Estate Inc. (Florida (US), 28 Oct 2010) #F10000004734
- Realogy (HK) Limited (Hong Kong, 6 Jul 2016) #2399603
- Better Homes Limited (Hong Kong, 23 Nov 1962 - 28 Aug 1992) #0008238
- Better Homes International Limited (Hong Kong, 29 Aug 2016) #2421032
- Better Homes Realty Limited (Hong Kong, 6 Oct 2016) #2435839
- Coldwell Properties Limited (Hong Kong, 13 Sep 1983) #0128228
- Coldwell Consultants Limited (Hong Kong, 29 Apr 1998 - 22 Apr 2005) #0643098
- Coldwell Realty Limited (Hong Kong, 17 Aug 2010 - 28 Jun 2013) #1494176
- Century 21 Real Estate Corporation (Hong Kong, 31 Aug 1984) #F0002227
- Century 21 Queen's Realty Limited (Hong Kong, 26 Feb 1988) #0210671
- Century 21 Linkage (Hong Kong) Holding Limited (Hong Kong, 31 Jul 2017) #2561224
- Sotheby's Hong Kong Limited (Hong Kong, 7 May 1974) #0038241
- Sotheby's International Realty, Inc. (Hong Kong, - 5 Feb 2009) #F0007156
- Sotheby's HongKong Group Company Limited (Hong Kong, 10 Nov 2014 - 18 Oct 2019) #2166382
- Corcoran Limited (Hong Kong, 29 Dec 1987 - 9 Jun 2006) #0206880

- Pinnacle Real Estate Capital Partners Limited (Hong Kong, 3 May 2012) #1739752
- HongKong New ERA Real Estate Material Limited (Hong Kong, 30 Oct 2012) #1818452

xiv. Tesla Inc – Automotive, Power and Energy, and Technology.
- Tesla Trading Limited (Hong Kong, 23 May 1986) #0169743
- Tesla Motors HK Limited (Hong Kong, 23 Apr 2010, Controlled by Tesla, Inc.) #1447986
- Sierra Solar Power (Hong Kong) Limited (Hong Kong, 11 Nov 2010, Controlled by Tesla, Inc.) #1527276
- Tesla Corporation Limited (Hong Kong, 8 Feb 2019) #2794402

xv. Duke Energy – Power and Energy.
- Duke Power Industries Limited (Hong Kong, 16 Dec 1988) #0236366
- Power Duke Developments Limited (Hong Kong, 21 Nov 1997 - 4 Nov 2005) #0630416
- Power Duke Investments Limited (Hong Kong, 28 Jun 2010 - 26 Apr 2019) #1473784
- Duke Energy Asia, Ltd. (Delaware, 23 Dec 1993) #2365230
- Duke Energy (H.K.) Limited (Hong Kong, 24 Jan 1995 - 23 Feb 2001) #0503716
- Duke Energy Asia, Ltd. (Hong Kong, 11 Aug 2000) #F0006384
- Duke Energy (China) Co., Limited (Hong Kong, 7 Aug 2008 - 1 Apr 2016) #1262986

xvi. Prizer – Healthcare, Vaccines, and Prescription Drugs. <u>The Trump Administration's</u> <u>**Healthcare Affordability.**</u>
- Pfizer Export Corporation (Hong Kong, 17 Jul 1956) #F0000495
- Pfizer Corporation Hong Kong Limited (Hong Kong, 8 Aug 1956, Controlled by Pfizer Inc.) #0004553
- United States Pfizer (Asia) Co., Limited (Hong Kong, 31 Aug 2010 - 5 Apr 2012) #1499339

xvii. AstraZeneca – Healthcare. <u>The Trump Administration's</u> <u>**Healthcare Affordability.**</u>
- AstraZeneca Hong Kong Limited (Hong Kong, 29 Jun 1990) #0281245
- AstraZeneca China Limited (Hong Kong, 29 Jun 1990 - 11 Jun 2015) #0281244
- AstraZeneca China UK Limited (United Kingdom, 27 Jun 2000) #04024939

xviii. Salesforce – Cloud-Based Software. CEO (Time Magazine owner) wanted the National Guard in San Fransico.
- Salesforce, Inc. (Delaware (US), 19 Apr 1996) #2615202
- Salesforce.com Hong Kong Limited (Hong Kong, 7 Jan 2005, controlled by Salesforce, Inc.) #0944086
- Salesforce HK Limited (Hong Kong, 25 Jan 2017) #2480745
- 2025 Time Magazine Person of the Year. Ties directly back to China. Trump has 826-Hong Kong entities linked.

xix. The Trump Organization – The 45th and 47th President.
- E Trump Enterprises Limited (Hong Kong, 19 May 1992 - 2 Dec 2005) #0358068
- Trump Victory Holdings Limited (Hong Kong, 23 Jan 1996 - 7 Oct 2005) #0536814
- Trump Century Properties Limited (Hong Kong, 11 Dec 1996 - 12 Jan 2001) #0579854
- Trump King Limited (Hong Kong, 23 May 1997 - 16 Mar 2012) #0609366
- Trump King (Hong Kong) Limited (Hong Kong, 17 May 2000 - 20 May 2005) #0716730
- King Trump Limited (Hong Kong, 24 Oct 2007) #1178516
- The Trump Cannabis Organization (California (US), 21 Dec 2015 - 26 Apr 2018) #3854039
- Keep Trump Limited (Hong Kong, 28 Dec 2017) #2630048
- King Trump Enterprises LLC (Delaware (US), 10 Sep 2018) #7050702

xx. American Express – Finance, Travel and Entertainment. High Fees. <u>U.S. Financial Crisis – Lehman Collapse.</u>
- American Express Reservation, Inc. (Hong Kong, 2 Sep 1969) #F0001065
- Lehman Brothers Finance Limited (Hong Kong, 6 Mar 1970 - 8 Apr 2001) #0019731
  - Prev: American Express Finance Limited
- Lehman Brothers Asia Holdings Limited (Hong Kong, 27 Feb 1976, Branch of U.S. company) #0046246
- American Express Company Incorporated (Hong Kong, 31 Aug 1984, Branch of U.S. company) #F0000001
- American Express International, Inc. (Hong Kong, 31 Aug 1984, Branch of U.S. company) #F0000927
- American Express Bank Nominee Hong Kong Limited (Hong Kong, 11 Jan 1985) #0358068
- Lehman Brothers Asia Limited (Hong Kong, 17 May 1985, Branch of U.S. company) #0151345
- American Express TLS HK Limited (Hong Kong, 25 Nov 2013) #2002070

10. 200-Business Entity Analysis of Block Inc, Square Inc, The Block Incorporated, and Tidal.

| Org Date | Company | Business Entity # | Jurisdiction | Entity Type | Notes |
|---|---|---|---|---|---|
| 3/20/2024 | AfterPay US Services, LLC | 001523921 | TN | LLC | Parent: AfterPay US Services, LLC (DE) |
| 6/12/2023 | Square Capital, LLC | 4165630 | DC | LLC | Parent: Square Capital, LLC (DE) |
| 6/7/2023 | SquareUp International Limited | 951983717 | France | Private | Parent: SquareUp International Limited |
| 3/1/2023 | AfterPay US Services, LLC | 2023-001231140 | WY | LLC | Parent: AfterPay US Services, LLC (DE) |
| 2/6/2023 | AfterPay US Services, LLC | 0804930704 | TX | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: N. Molnar |
| 2/1/2023 | AfterPay US Services, LLC | 4336779 | DC | LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc |
| 1/31/2023 | AfterPay US Services, LLC | 001-060-741 | AL | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/30/2023 | AfterPay US Services, LLC | 811416489 | AR | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc; N. Molnar; X. Ge |
| 1/30/2023 | AfterPay US Services, LLC | 2711519 | CT | LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc; N. Molnar; X. Ge |
| 1/19/2023 | AfterPay US Services, LLC | 2558029 | NC | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc |
| 1/17/2023 | AfterPay US Services, LLC | 206631798 | OR | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: N. Molnar |
| 1/13/2023 | AfterPay US Services, LLC | 10219985 | AK | LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc; N. Molnar |
| 1/13/2023 | AfterPay US Services, LLC | 20231050106 | CO | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/12/2023 | AfterPay US Services, LLC | 290306C6 | HI | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/12/2023 | AfterPay US Services, LLC | 290306C6 | HI | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: N. Molnar |
| 1/12/2023 | AfterPay US Services, LLC | 23471043 | AZ | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/12/2023 | AfterPay US Services, LLC | 0421485 | VT | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc |
| 1/12/2023 | AfterPay US Services, LLC | 11483948 | VA | LLC | |
| 1/6/2023 | AfterPay US Services, LLC | 20230974FC | ME | LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/6/2023 | AfterPay US Services, LLC | 1251348 | KY | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc |
| 1/6/2023 | AfterPay US Services, LLC | 3611940 | PA | Foreign LLC | Controlled by AfterPay US Services, LLC Parent: AfterPay US Services, LLC (CA) |
| 1/5/2023 | AfterPay US Services, LLC | 7071493 | NM | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: N. Molnar; X. Ge |
| 1/5/2023 | AfterPay US Services, LLC | 802967042 | MI | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/5/2023 | AfterPay US Services, LLC | A105326 | WI | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/4/2023 | AfterPay US Services, LLC | 1364294400028 | MN | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: N. Molnar |
| 1/4/2023 | AfterPay US Services, LLC | 920079 | NH | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc |
| 1/4/2023 | AfterPay US Services, LLC | 202301041651442 | IN | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: N. Molnar; J. Zhang |
| 1/4/2023 | AfterPay US Services, LLC | 6689934 | NY | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/4/2023 | AfterPay US Services, LLC | 13196651-0161 | UT | Foreign LLC | Controlled by AfterPay US Services, LLC Parent: AfterPay US Services, LLC (CA) |
| 1/4/2023 | AfterPay US Services, LLC | M23000000120 | FL | Foreign LLC | Parent: AfterPay US Services, LLC (DE) Officer: AfterPay US, Inc; N. Molnar; X. Ge |
| 1/4/2023 | AfterPay US Services, LLC | 2301006457 | NE | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/4/2023 | AfterPay US Services, LLC | 12431376 | IL | LLC | |
| 1/4/2023 | AfterPay US Services, LLC | 0450906001 | NJ | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/3/2023 | AfterPay US Services, LLC | E1330189 | MT | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |

| Date | Name | Number | Jurisdiction | Type | Notes |
|---|---|---|---|---|---|
| 1/3/2023 | AfterPay US Services, LLC | 734872 | IA | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 1/3/2023 | AfterPay US Services, LLC | 734872 | IA | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 11/18/2022 | AfterPay US Services, LLC | 001619603 | MA | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 2/9/2022 | AfterPay US, Inc. | 73541867 | IL | Foreign Business | Parent: AfterPay US Services, LLC (DE) |
| 2/3/2022 | AfterPay US, Inc. | 12690120-0143 | UT | Foreign Business | Parent: AfterPay US, Inc. (CA) |
| 2/1/2022 | AfterPay US, Inc. | 20221123991 | CO | Foreign Business | Parent: AfterPay US, Inc. (DE)<br>Block Inc Address |
| 12/7/2021 | AfterPay US Services, LLC | 1314361 | MS | LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: AfterPay US, Inc; N. Molnar |
| 11/22/2021 | AfterPay US Services, LLC | 0004504508 | ID | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 11/22/2021 | AfterPay US Services, LLC | 5497193 | KS | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 11/19/2021 | AfterPay US Services, LLC | 4777269 | OH | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 9/17/2021 | AfterPay US Services, LLC | FL001688666 | MO | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 7/28/2021 | Lanai (AU) 1 Pty Ltd | 652351909 | Australia | Private | Controlled by The Block Incorporated |
| 7/26/2021 | Lanai (US) 1, LLC | 6113230 | DE | Corporation | Controlled by The Block Incorporated |
| 7/26/2021 | Lanai (US) 2, LLC | 6113247 | DE | Corporation | Controlled by The Block Incorporated |
| 4/30/2021 | AfterPay US Services, LLC | 21116286 | GA | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 2/22/2021 | Project Rising, LLC | 5195165 | DE | Corporation | Controlled by The Block Incorporated |
| 10/14/2020 | AfterPay US, Inc | 1116819 | KY | Foreign Business | Parent: AfterPay US, Inc. (DE)<br>Block Inc Address<br>Officer: A. Eisen - AfterPay CEO |
| 7/27/2020 | AfterPay US Services, LLC | 3712859030 | OK | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 7/27/2020 | AfterPay US Services, LLC | 497128 | WV | Foreign LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: N. Molnar |
| 7/24/2020 | AfterPay US Services, LLC | 1044971 | SC | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 6/2/2020 | AfterPay US Services, LLC | 604610688 | WA | Foreign LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: N. Molnar |
| 5/19/2020 | SquareUp International Services Ltd. | 12610761 | UK | Private | Controlled by Square Inc (DE) |
| 4/15/2020 | Cloud Block Technology Limited | 2931770 | Hong Kong | Private | Block Technology "Cloud" |
| 4/7/2020 | Square Financial Services, Inc. | 11726815-0142 | UT | Corporation | Controlled by The Block Incorporated |
| 2/21/2020 | K Square Capital Limited | 2917322 | Hong Kong | Private | Square Capital, LLC 5972586 is Controlled by Square Inc (DE) |
| 1/8/2020 | AfterPay US Services, LLC | E4053922020-0 | NV | Foreign LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: N. Molnar; L. Zhou |
| 12/11/2019 | Tidal Music LLC | 5669961 | NY | Foreign LLC | |
| 8/19/2019 | Block Cloud Technology Co., Limited | 2864830 | Hong Kong | Private | Block "Cloud" Technology |
| 7/19/2019 | AfterPay US Services, LLC | 43540019Q | LA | Foreign LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: N. Molnar |
| 7/15/2019 | AfterPay US Services, LLC | 0002851411 | ND | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 7/1/2019 | AfterPay US Services, LLC | FL166788 | SD | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 6/27/2019 | AfterPay US Services, LLC | 001697514 | RI | Foreign LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: N. Molnar |
| 6/27/2019 | AfterPay US Services, LLC | Z19776483 | MD | Foreign LLC | Parent: AfterPay US Services, LLC (DE) |
| 6/24/2019 | Block Square Seoul Limited | 2844272 | Hong Kong | Private | Block & Square |
| 5/29/2019 | AfterPay US Services, LLC | 201915010039 | CA | LLC | Parent: AfterPay US Services, LLC (DE)<br>Officer: AfterPay US, Inc; N. Molnar; X. Ge |
| 5/24/2019 | AfterPay US Services, LLC | 7435547 | DE | LLC | Controlled by The Block Incorporated |
| 4/26/2019 | AfterPay US Services, Inc | 7393284 | DE | Corporation | |

❤️ 5.5 + 7.20 ❤️        8        Love You Carina

Case 3:25-cv-00875-FDW-DCK        Document 8        Filed 12/11/25        Page 8 of 12

| Date | Name | ID | Location | Type | Notes |
|---|---|---|---|---|---|
| 4/1/2019 | Square Limited | 2809442 | Hong Kong | Private | U.S. Org is Square Inc 4699855 |
| 8/17/2018 | Higgs Block Technology (HK) Company Limited | 2682202 | Hong Kong | Private | Block Technology Company |
| 8/15/2018 | Xchange Block Limited | 2734496 | Hong Kong | Private | Block "Xchange" |
| 3/12/2018 | Square Tech (Hong Kong) Limited | 2664845 | Hong Kong | Private | Square Technology |
| 1/5/2018 | Block Pay Technology HongKong Co., Limited | 2634873 | Hong Kong | Private | Block Pay Technology |
| 12/1/2017 | AfterPay US, Inc. | 4087349 | CA | Stock Corporation | Parent: AfterPay US, Inc. (DE) Block Inc Address |
| 11/21/2017 | Square Capital, LLC | E1062994 | MT | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 11/2/2017 | AfterPay US, Inc. | 5228177 | NY | Foreign Business | Controlled by The Block Incorporated Parent: AfterPay US, Inc. (DE) |
| 10/31/2017 | AfterPay US, Inc. | 6598412 | DE | Corporation | Controlled by The Block Incorporated |
| 10/18/2017 | Project Panther US LLC | 6581309 | DE | LLC | Parent: The Block Incorporated |
| 7/14/2017 | AfterPay NZ Limited | 6340314 | New Zealand | Private | Controlled by The Block Incorporated Shares for AfterPay Holdings Pty Ltd |
| 6/14/2017 | Square Capital, LLC | 426890541 | LA | Collection Agency | Controlling Company Square Inc Parent: Square Capital, LLC (DE) |
| 3/30/2017 | AfterPay Pty Ltd | 618280649 | Australia | Private | Controlled by The Block Incorporated |
| 5/26/2016 | SquareUp International Limited | 583287 | Ireland | Private | Parent: Square Inc (DE) |
| 4/25/2016 | Square Capital, LLC | 0000153502 | ND | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 4/7/2016 | Square Capital, LLC | 120542790 | OR | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 4/6/2016 | Square Capital, LLC | 1202451 | CT | LLC | Parent: Square Capital, LLC (DE) |
| 4/1/2016 | Square Capital, LLC | 2016-000710509 | WY | LLC | Parent: Square Capital, LLC (DE) |
| 3/31/2016 | Square Capital, LLC | E078794 | MT | Foreign LLC | Parent: Square Capital, LLC (DE) Prev Name: Square Capital of California |
| 3/31/2016 | Square Capital, LLC | 0317127 | VT | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/31/2016 | Square Capital, LLC | 42220022Q | LA | LLC | Parent: Square Capital, LLC (DE) |
| 3/30/2016 | Square Capital, LLC | 5197104 | NM | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/29/2016 | Square Capital, LLC | 353430 | WV | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/29/2016 | Square Capital, LLC | 479075 | SC | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/29/2016 | Square Capital, LLC | T0648453 | VA | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/29/2016 | Square Capital, LLC | 741480 | NH | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/29/2016 | Square Capital of California, LLC | 4920768 | NY | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/29/2016 | Square Capital of California, LLC | M16000002623 | FL | Foreign LLC | Square Team and Address |
| 3/28/2016 | Square Capital, LLC | 0948399 | KY | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 001216077 | MA | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 10223437 | NE | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 20160747FC | ME | LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | FL044213 | SD | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 811099802 | AR | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 519220 | IA | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 6380444 | PA | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital, LLC | 802034654 | MI | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/25/2016 | Square Capital of California, LLC | 16029639 | GA | Foreign LLC | Square Team and Address Location |

| Date | Entity | ID | Jurisdiction | Type | Notes |
|---|---|---|---|---|---|
| 3/24/2016 | Square Capital, LLC | 000841361 | TN | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 000-357-261 | AL | Foreign LLC | Parent: Square Capital, LLC (DE) Officer: Block Inc |
| 3/24/2016 | Square Capital, LLC | FL001416062 | MO | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 1506765 | NC | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | R20790278 | AZ | Foreign LLC | Parent: Square Capital, LLC (DE) Officer: Square Inc |
| 3/24/2016 | Square Capital, LLC | 0000497249 | ID | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 3712549116 | OK | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 9747251-0161 | UT | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 3884031 | OH | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 603602244 | WA | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 001661665 | RI | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 10037081 | AK | LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 1089105 | MS | LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | Z17141722 | MD | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | E0136272016-6 | NV | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 2016032800319 | IN | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 880740800033 | MN | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 201608410307 | CA | LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 20161209638 | CT | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 5004692 | KS | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 0802422756 | TX | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 3/24/2016 | Square Capital, LLC | 147331C6 | HI | Foreign LLC | Parent: Square Capital, LLC (DE) |
| 2/24/2016 | Square Capital, LLC | 5972586 | DE | LLC | Controlled by Square Inc (DE) |
| 2/12/2016 | DeepLearning Financial Technologies Inc. | 9628932 | Canada | Private | Merged w/ Square Technologies in 2020 |
| 1/18/2016 | Black Square Capital Limited | 2331635 | Hong Kong | Private | |
| 6/22/2015 | AfterPay Holdings Pty Ltd | 606589520 | Australia | Private | Controlled by The Block Incorporated Shares in AfterPay NZ Limited |
| 8/6/2014 | Black Square Capital Ltd | 09163319 | UK | Private | Officer: Vishal Amin; Jay Amin |
| 5/6/2014 | Tidal Publishing LLC | 4572910 | NY | LLC | **Tidal Name** Patent linked to #993741345 |
| 5/2/2014 | SquareUp (UK) Ltd. | 09023549 | UK | Private | Parent: Square Inc (DE) Prev Name: SquareUp Europe Ltd |
| 5/2/2014 | AfterPay Australia Pty Ltd | 169342947 | Australia | Private | Controlled by The Block Incorporated **AfterPay** Trademark |
| 3/25/2014 | SquareUp Europe Ltd. | 08957689 | UK | Private | Controlled by Square Inc (DE) Prev Name: SquareUp (UK) Limited |
| 12/6/2013 | Square AU Pty Ltd | 167106176 | Australia | Private | Parent: Square Inc (DE) |
| 8/19/2013 | China Tidal Limited | 1954683 | Hong Kong | Private | Dissolved 2017 |
| 7/2/2013 | Caviar, Inc. | 5361177 | DE | Corporation | Parent: Square Inc (DE) |
| 12/26/2012 | SquareUp Pte. Ltd. | 201231353C | Singapore | Private | Parent: Square Inc (DE) Officer: Ernst & Young LLP |
| 12/4/2012 | Square Technologies, Inc. | 11892983 | Canada | Private | Controlled by The Block Incorporated |
| 2/17/2012 | Block, Inc | 4088628 | PA | Foreign Business | Parent: Square Inc (DE) Officer: J. Dorsey; S. Carter |

| Date | Name | Number | State | Type | Details |
|---|---|---|---|---|---|
| 12/23/2011 | Block of Delaware | 663566 | NH | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter<br>Alt Name: **Cash App** |
| 12/22/2011 | Block of Delaware, Inc. | 000-025-928 | AL | Foreign Business | Parent: Square Inc (DE) |
| 12/20/2011 | Block, Inc. | 800429876 | MA | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 12/19/2011 | Block, Inc. | 10155665 | NE | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 12/15/2011 | Block, Inc. | 801521179 | TX | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/26/2011 | Block of Delaware, Inc. | 801061154 | MI | Foreign Business | Parent: Square Inc (DE)<br>Dissolved 2025 |
| 10/26/2011 | Block, Inc. | 000725050 | RI | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/25/2011 | Block, Inc. | 302384 | WV | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey |
| 10/25/2011 | Block, Inc. | 2011-000610468 | WY | Corporation | Parent: Square Inc (DE) |
| 10/25/2011 | Block, Inc. | 4523210 | NM | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/24/2011 | Block of Delaware, Inc. | 2011102500059 | IN | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/21/2011 | Block of Delaware, Inc. | F11000004245Q | FL | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey |
| 10/21/2011 | Block, Inc. | 4110512 | DC | Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/21/2011 | Block, Inc. | 10001109 | AK | Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/20/2011 | Block of Delaware, Inc. | 1226531 | NC | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey<br>Prev Name: Square Inc |
| 10/20/2011 | Block of Delaware, Inc. | FB035492 | SD | Foreign Business | Parent: Square Inc (DE) |
| 10/20/2011 | Block of Delaware, Inc. | 0000111440 | ND | Foreign Business | Parent: Square Inc (DE) |
| 10/20/2011 | Block of Delaware, Inc. | 811005565 | AR | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey |
| 10/20/2011 | Block, Inc. | 20120317F | ME | Corporation | Parent: Square Inc (DE)<br>Prev Name: Square Inc |
| 10/20/2011 | Block, Inc. | 1051621 | CT | Stock Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/20/2011 | Block, Inc. | 0092008 | VT | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/20/2011 | Block, Inc. | 4555710 | KS | Foreign Business | Parent: Square Inc (DE) |
| 10/20/2011 | Block, Inc. | 990710 | MS | Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey<br>Prev Name: Square Inc |
| 10/20/2011 | Block, Inc. | 645698 | SC | Corporation | Parent: Square Inc (DE) |
| 10/19/2011 | Block of Delaware, Inc. | 0803692 | KY | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block of Delaware, Inc. | F063950 | MT | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block, Inc. | 0000581396 | ID | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block, Inc. | 2312332644 | OK | Foreign Business | Parent: Square Inc (DE) |
| 10/19/2011 | Block, Inc. | 20111582725 | CO | Foreign Business | Parent: Square Inc (DE) |
| 10/19/2011 | Block, Inc. | 424856 | IA | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block, Inc. | 449132700023 | MN | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey |
| 10/19/2011 | Block, Inc. | F14346837 | MD | Foreign Business | Parent: Square Inc (DE) |

| Date | Entity | ID | Location | Type | Notes |
|---|---|---|---|---|---|
| 10/19/2011 | Block, Inc. | E0575392011-6 | NV | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block, Inc. | 603152287 | WA | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block, Inc. of Delaware | 40644319F | LA | Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 10/19/2011 | Block, Inc. (Qualified Under Assumed Name) | 000670080 | TN | Foreign Business | Parent: Square Inc (DE) |
| 9/20/2011 | Z Square Capital Co., Limited | 1665604 | Hong Kong | Private | Square Capital, LLC 5972586 is Controlled by Square Inc (DE) |
| 11/4/2010 | Square Technology Limited | 1524199 | Hong Kong | Private | |
| 8/9/2010 | Block of Delaware, Inc. | F01077183 | MO | Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey; S. Carter |
| 1/13/2010 | Square Capital Limited | 1411064 | Hong Kong | Private | Square Capital, LLC 5972586 is Controlled by Square Inc (DE) |
| 12/9/2009 | Block of Delaware | 3887068 | NY | Foreign Business | Parent: Square Inc (DE)<br>Officer: J. Dorsey; Square Inc |
| 8/10/2009 | Block of Delaware, Inc. | 3222576 | CA | Stock Corporation | Parent: Square Inc (DE)<br>Officer: J. Dorsey |
| 6/17/2009 | Square, Inc. | 4699855 | DE | Corporation | Cash App & Square Trademarks Home Org; Parent to Block Inc Entities |
| 3/25/2009 | X Square Capital (HK) Limited | 1324442 | Hong Kong | Private | Square Capital, LLC 5972586 is Controlled by Square Inc (DE) |
| 11/26/2008 | Tidal Music AS | 993741345 | Norway | Private | Controlled by The Block Incorporated<br>Tidal App Icon 2017 and Name 2015 |
| 8/5/2004 | ClearPay Finance Limited | 05198026 | UK | Private | Controlled by The Block Incorporated |
| 10/29/2003 | AfterPay Corporate Services Pty Ltd | 106853383 | Australia | Private | Controlled by The Block Incorporated |
| 2/28/2003 | Tidal Electronics (H.K.) Co., Limited | 0835008 | Hong Kong | Private | Dissolved 2010 |
| 8/1/2000 | The Block Incorporated | 3268124 | DE | Corporation | Controls: Block Inc (Parent is Square Inc); Block of Delaware; AfterPay; Tidal Music Within range of 8.25.2001 |
| 5/15/2000 | Square Capital Limited | 0716304 | Hong Kong | Private | Dissolved 2002 |
| 5/9/1996 | H & R Block Management Limited | 0548239 | Hong Kong | Private | H&R "Block" |
| 1/23/1996 | Square Up Limited | 0536595 | Hong Kong | Private | Square Inc (DE) - parent to SquareUp |
| 4/10/1987 | Astraco (HK) Limited | 0186503 | Hong Kong | Private | Dissolved; Prev Name: Tidal Limited |
| 6/22/1982 | H & R Block (HK) Limited | 0113523 | Hong Kong | Private | H&R "Block" |

11. Thank you for your consideration in denying Tidal Music AS and Block Inc Motion to Dismiss. I may not have every law and practice correct but the data provided should put me in the game in crunch time with the U.S. in solving these complex international crimes.

Dr. Jarin M. Wray, Plaintiff
Doctor of Business Administration
U.S. Army Captain, Retired