FILED
CHARLOTTE, NC

MAR 16 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**Hand-Delivered**

Cumberland County Public Schools – Jack Britt '07

3:25-cv-875-FDW

16 March 2026

MEMORANDUM FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

SUBJECT: Motion for Default Judgment against LinkedIn Corporation

1. The purpose of this memo is to request an entry for default judgment in case 3:25-cv-875-FDW, Wray v Tidal Inc. et al. filed on 10.30.2025. LinkedIn Corporation was served the complaint and summons on 11.12.2025 through certified mail, with no response.

2. I acknowledge and completely understand I am not the federal government to bring cases under Title 18 or under the False Claims Act. I would normally submit complaints to each federal agency, just as I did for my 1st case against RTX Corporation, but those complaints are still open and the 47th Trump Administration controls all federal agencies I would normally submit complaints to i.e. DOD for fraud related to government contracts, DOJ's FBI antitrust for mergers and monopolies, SEC for securities fraud, FTC for fraud business practices, FAA for aircraft safety concerns, DDTC for ITARs, DOC for EAR, etc., which is why I came to the federal court for help.

   An example of a few RTX complaints I submitted to the U.S. government prior to the 47th Trump Administration that are still outstanding, my last pay date from RTX was 9.13.2024 or 545-days ago and still with no resolution, and I'm still working to help all American lives.

   July 4th, 2024 – confirmation #17201-870-493-053, SEC.
   July 6th, 2024 – confirmation #2407-0600-1524-21, CFTC.
   July 8th, 2024 – confirmation #20240708-096673, DoD OIG.
   August 11th, 2024 – email confirmation, Department of State.
   August 11th, 2024 – confirmation #301040360 administratively closed, OSHA.
   August 22nd, 2024 – confirmation #202408221611573059_hotline_webform, DoD OIG.
   October 2nd, 2024 – confirmation #17278-640-023-103, SEC.
   October 2nd, 2024 – online confirmation, FTC.
   *February 24th, 2025 – confirmation #212950, DOL Right to Sue.
       (3:25-CV-656 was dismissed with #212950 in the initial case file, appealed as 23-2560)

3. I believe the U.S. government can greatly benefit from the data submitted in my dismissed cases such as 3:25-cv-864-MOC and 3:26-cv-00029-MOC to thoroughly understand the business practices contributing to increased cost of residential and commercial real estate, and 3:25-CV-866-MOC to thoroughly understand the business practices contributing to price models in the current Live Nation antitrust lawsuit. My educational background as a Doctor of Business Administration in Global Ops and Supply Chain Management, retired Captain and former alpha team leader for the Global Response Force in the 82nd Airborne Division, and a graduate of Georgia Military College – a junior military college and the University of North Georgia – a senior military college, is what prepared me to recognize we are compromised in a critical time in America.

4. Thank you for your consideration in granting a default judgment against LinkedIn Corporation.

*Dr. Jarin M. Wray*

Dr. Jarin M. Wray
Doctor of Business Administration
U.S. Army Captain, Retired